UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 2:18-cr-43-FtM-38CM

TRISTA JAYNE STUBBS
_____

## ORDER OF FORFEITURE

The Defendant pleaded guilty to Count One of the Indictment which charges her with theft of government funds, in violation of 18 U.S.C. § 641, and the United States has established that she obtained $4,600.00 in proceeds as a result of that offense.

The United States moves under 18 U.S.C. § 981)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $4,600.00. The motion is **GRANTED**. The United States is entitled to forfeit the $4,600.00 in proceeds the Defendant obtained.

Because the $4,600.00 in proceeds was dissipated by the Defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the Defendant's property up to the value of $4,600.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE and ORDERED** in Fort Myers, Florida, this 3rd day of September, 2018.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record